**IN THE COURT OF APPEALS FOR THE SIXTH CIRCUIT**

FILED

AUG 10 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

| | | |
|---|---|---|
| TERRANCE REESE,<br>Plaintiff. | ) | Appeal No. ________________ |
| | ) | Docket No. 3:25-CV-187-DCLC-JEM |
| Vs. | ) | |
| | ) | |
| OFFICER FINCH AND<br>OFFICER ROMINES,<br>Defendant's. | ) | |
| | ) | |

## NOTICE OF APPEAL FROM THE EASTERN DISTRICT COURT OF TENNESSEE

**Comes Now,** the plaintiff, Terrance Reese, Pro Se, and hereby gives notice that he appeals to the Court of Appeals for the Sixth Circuit from the order of the Eastern District Court of Tennessee, granting the defendant's motion to dismiss on July 14th, 2026. Plaintiff have been found to be indigent by the Eastern District Court and plaintiff has filed a motion in the Sixth Circuit Court to continue proceeding in forma pauperis as a poor person on this appeal.

Respectfully Submitted this 6 day of August, 2026.

[signature]
Terrance Reese #10054217

## CERTIFICATE OF SERVICE

I, Terrance Reese, hereby certify that I have forwarded a true and exact copy of this said notice of appeal, U.S. Mail, this 6 day of August, 2026, to the individuals listed below:

Federico A. Flores.
400 Main St., Suite 612
Knoxville, TN, 37902.



Case 3:25-cv-00187-DCLC-JEM Document 29 Filed 08/11/26 Page 1 of 1 PageID #: 141